**NOT FOR PUBLICATION**                                          **CLOSING**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| _____ ) | |
| ADMA JIRIS ABUHOURAN                    ) | |
|                                         ) | Civil No. 06-2809 |
|                    Plaintiff,           ) | Hon. Faith S. Hochberg, U.S.D.J. |
|          v.                             ) | |
|                                         ) | **ORDER** |
| SOCIAL SECURITY ADMINISTRATION,         ) | |
| LINDA S. MCMAHON, MR. THAYER,           ) | |
| MS. RODRIGOUES, NEW JERSEY              ) | |
| DEPARTMENT OF MOTOR VEHICLES,           ) | |
| THE STATE OF NEW JERSEY, _et al._       ) | |
|                                         ) | Date: July 30, 2007 |
|                    Defendants           ) | |
|                                         ) | |
| _____ ) | |

**HOCHBERG, District Judge:**

This matter coming before this Court upon Defendants Social Security Administration

("SSA") and SSA employees McMahon, Thayer, and Rodrigoues' Motion to Dismiss, or in the

Alternative, for Summary Judgment; and

for the reasons set forth in this Court's Opinion of July 30, 2007;

**IT IS** on this 30th day of July, 2007,

**ORDERED** that Defendants' Motions for Summary Judgement are **GRANTED** [Docket

No. 27 and Docket No. 58]; and it is

**ORDERED** that this case is **CLOSED**.

/s/ Faith S. Hochberg
_____

Hon. Faith S. Hochberg, U.S.D.J.